RUTH SWETLOW et al., Respondents, *v.* ZINDOREST PARK, INC., Appellant.

Supreme Court, Appellate Term, First Department, July 2, 1952.

*John J. Cunneen* for appellant.

*Jules H. Enrich* and *Daniel P. Hays* for respondents.

*Per Curiam.* While the direction of a verdict for plaintiffs as matter of law was proper (General Business Law, § 201), the issue of damages was for the jury.

The judgment should be modified by directing judgments for plaintiffs and remitting the case to the court below for the assessment of damages, with costs.

HAMMER, HOFSTADTER and SCHREIBER, JJ., concur.

*Judgment accordingly.*